

214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

**SENT VIA FOIA.GOV**

September 24, 2024

U. S. Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000

Dear FOIA Officer,

     Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I respectfully request the following from the U.S. Department of State:

     All records related to his Royal Highness Prince Henry Charles Albert David Goerge of Wales, the Duke of Sussex, the Earl of Dumbarton, and Baron Kilkeel K.C.V.O. from January 2020 to the present.

     To further narrow down the scope of the request, requester does not seek correspondence that merely forwards press clippings, such as news accounts or opinion pieces, newsletters, and published or docketed materials, if that correspondence has no comment or no substantive comment added by any party in the thread.

     The terms "pertaining to," "referring," "relating," or "concerning" with respect to any given subject means anything that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

     The term "record" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including, but not limited to, the following:  memoranda, reports, expense reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, inter-office and intra-office communications, electronic mail (emails), MMS or SMS text messages, instant messages, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), contracts, cables, telexes, notations of any type of conversation, telephone call, voicemail, meeting or other communication, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations,



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), and electronic, mechanical, and electronic records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape or otherwise.  A record bearing any notation not a part of the original text is to be considered a separate record.  A draft or non-identical copy is a separate record within the meaning of this term.  By definition a "communication" (as that term is defined herein) is also a "record" if the means of communication is any written, recorded, or graphic matter of any sort whatsoever, regardless of how recorded, and whether original or copy.

The terms "and" and "or" should be construed broadly and either conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope.  The terms "all," "any," and "each" should each be construed as 'encompassing any and all.  The singular includes the plural number, and vice versa.  The present tense includes the past and vice versa.  The masculine includes the feminine and neuter genders.

Please consider all members of a document "family" to be responsive to the request if any single "member" of that "family" is responsive, regardless of whether the "family member" in question is "parent" or "child."

This request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted.  To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

In the interest of expediency and to minimize the research and/or duplication burden on your staff, please send records electronically if possible.  If this is not possible, please notify me before sending to the mailing address listed below.  If access to this request will take longer than twenty business days, please let me know when I might receive records or be able to inspect the requested records.   Please produce responsive documents as soon as they become available.  In all cases, please communicate with me at the below email address.

Please comply fully with 5 U.S.C. § 552(b).  Accordingly, without limitation to the foregoing, if any portion of this request is denied for any reason, please provide written notice of the records or portions of records that are being withheld and cite each specific exemption of the Freedom of Information Act on which the agency relies.  Moreover, to the extent that responsive records may be withheld in part produce all reasonably segregable portions of those records.  Additionally, please provide all responsive documents even if they are redacted in full.



**Fee Waiver Request**

    This request is primarily and fundamentally for non-commercial purposes. As a 501(c)(3) nonprofit, Heritage Foundation does not have a commercial purpose and the release of the information requested is not in Heritage Foundation's commercial interest. Heritage Foundation's mission is to is to formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense. Heritage Foundation uses the information requested and analyzes it in order to educate the public through social media,[1] broadcast media[2] (traditional and nontraditional) and press releases.[3] The requested information is in the public interest because former President Trump stated he would deport Prince Harry if he wins the Presidential election.[4]

    Because this is a request by a member of the news media for information of public interest, made in my capacity as an author for the Daily Signal[5] (a major news outlet[6]), I actively gather information of potential interest to our Daily Signal audience, and I use my editorial skills to turn raw materials into a distinct work, and I distribute that work to our Daily Signal audience through podcasts[7] or articles. I also post our distinct work on our Oversight Project social media page.[8] I request that you waive all applicable fees associated with this request.

    If you deny this request for a fee waiver, please advise me in advance of the estimated charges if they are to exceed $50. Please send me a detailed and itemized explanation of those charges.

---

[1] Heritage Foundation. [@ Heritage] (Accessed 2024, September 24). 718.6K Followers Twitter. https://twitter.com/Heritage

[2] Fox News. (Accessed 2024, September 24). Heritage Foundation launches Conservative Oversight Project aimed at 'exposing' Biden admin, leftist policies. https://www.foxnews.com/politics/heritage-conservative-oversight-project-biden-admin-leftist-policies

[3] Heritage Foundation. (Accessed 2024, September 24). Press. https://www.heritage.org/press.

[4] Yahoo News. (Accessed 2024, September 24). Donald Trump Threatens Prince Harry With Deportation If He Gets Re-Elected. https://www.yahoo.com/entertainment/donald-trump-threatens-prince-harry-181511339.html

[5] Daily Signal. (Accessed 2024, September 24). Mike Howell. https://www.dailysignal.com/author/mike-howell/

[6] Daily Signal. [@DailySignal] (Accessed 2024, September 24). 91.1K Followers Twitter. https://twitter.com/DailySignal

[7] Apple. (Accessed 2024, September 24). The Daily Signal Podcast. https://podcasts.apple.com/us/podcast/the-daily-signal-podcast/id1313611947

[8] Oversight Project on X. [@OversightPR] (Accessed 2024, September 24). 94.1K Followers. https://twitter.com/oversightpr



Thank you in advance for considering my request. If you have any questions, or feel you need clarification of this request please contact me at oversightproject@heritage.org.

    Sincerely,

    Mike Howell
    Director of the Oversight Project and
    Investigative Reporter at The Daily Signal
    The Heritage Foundation
    214 Massachusetts Ave, N.E.
    Washington, D.C. 20002