An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT *of* JUSTICE

 **FOIA**.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1542021

# Success!

### Your FOIA request has been created and is being sent to the Department of State.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-261-8484

Kellie N. Robinson, Chief, Requester Liaison Division, FOIA Program Manager/FOIA Public Liaison

202-261-8484

foiastatus@state.gov

Office of Information Programs and Services
2201 C Street, NW
Washington, DC 20520

foiarequest@state.gov

## Request summary

Request submitted on **September 24, 2024**.

The confirmation ID for your request is **1542021**.

 The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Mike Howell

**Mailing address**
214 Massachusetts Ave NE
Washington, DC 20002
United States

**Phone number**

2023657033

**Company/organization**
The Heritage Foundation - The Daily Signal

**Email**
Oversightproject@heritage.org

## Your request

All records related to his Royal Highness Prince Henry Charles Albert David Goerge of Wales, the Duke of Sussex, the Earl of Dumbarton, and Baron Kilkeel K.C.V.O. from January 2020 to the present.

## Additional information

Prince Harry DOS 2024-9-24.pdf

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
please see attached

**The amount of money you're willing to pay in fees, if any**
50

## Request expedited processing

**Expedited processing**
no


**FOIA.gov**

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

❘ FREQUENTLY ASKED QUESTIONS

❘ DEVELOPER RESOURCES

❘ AGENCY API SPEC

❘ FOIA CONTACT DOWNLOAD

❘ FOIA DATASET DOWNLOAD

Case 1:25-cv-00265-CJN    Document 1-6    Filed 01/29/25    Page 3 of 3

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV