

United States Department of State

Washington, D.C. 20520

December 5, 2024
DoS FOIA No.: **F-2024-21641**

Mr. Roman Jankowski
The daily signal
214 Massachusetts Ave NE
Washington, DC 20002
**Sent via email:** *oversightproject@heritage.org*

Dear Mr. Jankowski:

This letter is regarding your Freedom of Information Act ("FOIA") request referenced above, received by the U.S. Department of State, Office of Shared Knowledge Services on September 16, 2024.

You requested a waiver for all fees associated with the processing of your request. Fees shall be waived or in rare cases; perhaps involving exceptional burden or expenditure of public resources in the context of a request that minimally satisfies the "public interest" requirement, it may be possible to give effect to the language of the statute providing for "a charge reduced below the fees" by granting a reduction rather than a complete waiver of fees, if the Department determines that disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. Your request does not meet the public interest standard set forth in 22 CFR § 171.16(a)(1)(i-iv). Therefore, this Office denies your request for a fee waiver.

The Department has determined that you fall within the "news media" requester fee category. News media requesters are not charged fees for search or review and receive the first 100 pages of duplication (or equivalent) free of charge per request. However, after the first 100 pages of duplication, OMB's Uniform Freedom of Information Act (FOIA) Fee Schedule and Guidelines allow agencies to recover the "reasonable direct cost of duplication" for all fee categories of FOIA requesters. (See Section 7(d) of the OMB Uniform Freedom of Information Act Fee Schedule and Guidelines.) The term "duplication" refers to "the process of making a copy of a document necessary to respond to a FOIA request." (See Section 6(e) of the OMB Uniform Freedom of Information Act

Fee Schedule and Guidelines.) The Department of State FOIA regulations, 22 CFR Part 171.16(b), define "direct costs" as "those expenses the Department incurs…duplicating…in response to a FOIA request. For example, direct costs include the salary of the employee performing the work (i.e., the basic rate of pay for the employee, plus 16 percent of that rate to cover benefits) and the cost of operating computers and other electronic equipment, such as photocopiers and scanners. The term does not include overhead expenses such as the costs of space and of heating or lighting of a facility." (See 22 CFR 171.1(b))

**Willingness to Pay.** The Department anticipates that the direct costs of duplication for an employee to create the standard digital files which will be provided in our response to you will exceed the amount you indicated you were willing to pay. Pursuant to the Department's FOIA Regulations, 22 CFR 171.16(e)(3), **we ask that you provide a willingness to pay the direct costs of duplication for a minimum of two productions totaling $62.50.**

Your request will be tolled and will not be processed further until we receive confirmation of your willingness to pay the estimated direct cost of duplication fees. Your response is due within 30 calendar days of this letter and no later than**, January 5, 2025.** Please provide your determination of your willingness to pay the above specified amount via email to FOIAStatus@state.gov. If we do not receive your response by the stated due date, your request will be administratively closed.

If you are not satisfied with this determination, you may administratively appeal by writing to: Appeals Officer, Office of Shared Knowledge Services (A/SKS), Room B-266, U.S. Department of State, 2201 C Street, NW, Washington, D.C. 20520; by fax to (202) 485-1718; or by email to FOIAAppeals@state.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email. Please include a copy of this correspondence with your written appeal and clearly state why you disagree with the determinations set forth in this response.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601

Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770 or toll free at 1-877-684-6448.

        Sincerely,

        *Ennelle Debrosse*

APPROVED
Digitally signed by:
Emily F. Blitzer
Date: 12/05/2024

Ennelle Debrosse
Supervisory Government Information Specialist
FOIA Case Processing Office

Enclosures: As stated herein.