**Outlook**

---

### Fw: Ref: F-2024-21641 _ U.S. Department of State Freedom of Information Act (FOIA) Request

| | |
|---|---|
| **From** | OversightProject <OversightProject@heritage.org> |
| **Date** | Mon 1/27/2025 2:27 PM |
| **To** | Samuel Dewey <samueledewey@sedchambers.com> |

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Tuesday, December 10, 2024 7:12 PM
**To:** OversightProject <OversightProject@heritage.org>
**Subject:** RE: Ref: F-2024-21641 _ U.S. Department of State Freedom of Information Act (FOIA) Request

Mr. Jankowski -

The Office of Information Access Liaison is in receipt of your email below regarding case number F-2024-21641.

Thank you for your response.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** OversightProject <OversightProject@heritage.org>
**Sent:** Thursday, December 5, 2024 12:31 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** RE: Ref: F-2024-21641 _ U.S. Department of State Freedom of Information Act (FOIA) Request

Yes we are willing to pay $62.50.

---

**From:** FOIAStatus@state.gov <FOIAStatus@state.gov>
**Sent:** Thursday, December 5, 2024 12:23 PM
**To:** OversightProject <OversightProject@heritage.org>
**Subject:** Ref: F-2024-21641 _ U.S. Department of State Freedom of Information Act (FOIA) Request

**Reference No: F-2024-21641**
**Request Description:** *All records related to his Royal Highness Prince Henry Charles Albert David Goerge of Wales, the Duke of Sussex, the Earl of Dumbarton, and Baron Kilkeel K.C.V.O. from January 2020 to the present.*

Dear Mr.. Jankowski,

Please see the attached letter regarding your U.S. Department of State FOIA request referenced above. Should you have any difficulties opening the letter please email FOIAstatus@state.gov with your request number in the subject line.

Sincerely,

Emily F Blitzer

(for) Ennelle Debrosse
Supervisory Government Information Specialist
FOIA Case Processing Office

---

**OversightProject**

The Heritage Foundation
214 Massachusetts Avenue, NE
Washington, DC 20002

heritage.org