UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 25-0265 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's February 28, 2025 minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This case stems from a Freedom of Information Act ("FOIA") request that Plaintffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2. Plaintiffs and the Department are engaging in good faith negotiations to narrow the scope of the request.

3. The Department is reviewing Plaintiffs' latest proposal to determine whether a search and processing is feasible based on Plaintiffs' proposed parameters.

4. The parties respectfully propose filing another joint status report in thirty days, on April 21, 2025.

\* \* \*

Dated: March 21, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*