UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-0265 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2. Since the last Joint Status Report, the State Department conducted an initial search for records in the Bureaus that Plaintiffs asked the Department too search, but the Department located more than one million records.

3. The parties continue to discuss options to narrow the request.

4. Pursuant to the Court's March 31, 2025, minute order, the parties will submit another joint status report in sixty days, on June 20, 2025.

| | |
|---|---|
| Dated: April 21, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481886<br>United States Attorney<br><br>By:        */s/ John J. Bardo*<br>     JOHN J. BARDO<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 870-6770<br><br>*Attorneys for the United States of America*<br><br>     /s/ Samuel Everett Dewey<br><br>     SAMUEL EVERETT DEWEY<br>     (No. 999979)<br>     Chambers of Samuel Everett Dewey, LLC<br>     Telephone: (703) 261-4194<br>     Email: samueledewey@sedchambers.comy<br>     *Counsel for Plaintiffs* |