UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-0265 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1.      This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2.      Since the last Joint Status Report, the State Department discussed with Plaintiffs ways in which to narrow the scope of the records sought. The parties agreed to limit the search to a specific set of bureaus and offices within the Department. Plaintiffs further clarified they are interested only in visa records concerning the visa application of Henry Charles Albert David, and all records concerning the decision and/or deliberation regarding the granting or denial of that application.

3.      The Department completed a search for the identified and narrowed records, and is currently performing a relevancy review of the returned documents. The Department agreed to provide Plaintiffs an approximate number of records deemed responsive upon completion of this review, at which time the parties will discuss next steps in this litigation.

4.      Pursuant to the Court's March 31, 2025 minute order the parties will submit another

joint status report in sixty days, on August 19, 2025.

Dated: June 20, 2025                              Respectfully submitted,
Washington, DC

                                                  JEANINE FERRIS PIRRO
                                                  United States Attorney

                                                  By: _____/s/ John J. Bardo_____
                                                        JOHN J. BARDO
                                                        Assistant United States Attorney
                                                        601 D Street, NW
                                                        Washington, DC 20530
                                                        (202) 870-6770

                                                  *Attorneys for the United States of America*

                                                  */s/ Samuel Everett Dewey*
                                                        SAMUEL EVERETT DEWEY
                                                        (No. 999979)
                                                        Chambers of Samuel Everett Dewey, LLC
                                                        Telephone: (703) 261-4194
                                                        Email: samueledewey@sedchambers.comy
                                                        *Counsel for Plaintiffs*