UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

HERITAGE FOUNDATION, et al.,

    Plaintiffs,

    v.

DEPARTMENT OF STATE,

    Defendant.

Civil Action No. 25-0265 (CJN)

**JOINT STATUS REPORT**

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2. Since the last joint status report (ECF No. 9), the Department finished conducting a search for responsive records in Bureaus that the parties determined were likely to have responsive records.

3. The Department identified 517 potentially responsive records from the Bureau of Consular Affairs, two potentially responsive records from the Office of the Deputy Secretary of State, 271 potentially responsive records from the Office of the Legal Advisor, and 217 potentially responsive records from the Office of the Secretary.

4. The Department initially understood that Plaintiffs' request was limited to Visa

records, which the Department would categorically withhold under Exemption 3.

5.      After discussions, the Department now understands that Plaintiffs would like the Department to proceed with processing the identified documents in its usual course. As such, the Department will proceed to a responsiveness review of the documents identified in paragraph 3.

6.      The Department will consult with Plaintiffs upon completion of the responsiveness review to arrange a mutually-agreed-upon processing and production schedule.

7.      Pursuant to the Court's March 31, 2025 minute order, the parties will file their next joint status report in sixty days on October 20, 2025.

Dated: August 19, 2025  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:      */s/ John J. Bardo*  
JOHN J. BARDO, D.C. Bar #1655534  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 870-6770

*Attorneys for the United States of America*

/s/ Samuel Everett Dewey

SAMUEL EVERETT DEWEY  
(No. 999979)  
Chambers of Samuel Everett Dewey, LLC  
Telephone: (703) 261-4194  
Email: samueledewey@sedchambers.comy  
*Counsel for Plaintiffs*