UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-0265 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report. The parties report as follows:

1. This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2. The Department identified 517 potentially responsive records from the Bureau of Consular Affairs, two potentially responsive records from the Office of the Deputy Secretary of State, 271 potentially responsive records from the Office of the Legal Advisor, and 217 potentially responsive records from the Office of the Secretary.

3. The Department proceeded to a responsiveness review of the documents identified in paragraph 3. The Department completed its responsiveness and, since the last JSR (ECF No. 12), completed de-duplicating the responsive records in the final pre-processing phase.

4. The Department reports there are 307 records consisting of 2,487 pages of

potentially responsive material to be processed. At this point, the Department has begun reviewing and processing the documents.

5. The Department anticipates being able to make an initial interim production in this case in March, and commence rolling productions as available thereafter.

6. Pursuant to the Court's March 31, 2025 minute order, the parties will file their next joint status report in sixty days on April 13, 2026.

| | |
|---|---|
| Dated: February 10, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:      /s/ John J. Bardo      <br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America*<br><br>       /s/ Samuel Everett Dewey<br><br>SAMUEL EVERETT DEWEY<br>(No. 999979)<br>Chambers of Samuel Everett Dewey, LLC<br>Telephone: (703) 261-4194<br>Email: samueledewey@sedchambers.comy<br>*Counsel for Plaintiffs* |