UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-0265 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report.  The parties report as follows:

1.      This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2.      The Department identified 517 potentially responsive records from the Bureau of Consular Affairs, two potentially responsive records from the Office of the Deputy Secretary of State, 271 potentially responsive records from the Office of the Legal Advisor, and 217 potentially responsive records from the Office of the Secretary.

3.      The Department proceeded to a responsiveness review of the documents identified in paragraph 3. The Department completed its responsiveness and completed de-duplicating the responsive records in the final pre-processing phase.

4.      The Department reported in the last JSR (ECF No. 13) there are 307 records consisting of 2,487 pages of potentially responsive material to be processed. At this point, the

Department has begun reviewing and processing the documents.

5.      The Department previously anticipated being able to make an initial interim production in this case in March, and commence rolling productions as available thereafter. The Department, however, is still processing a potential first tranche of records and will produce them as soon as possible. The Department will keep the Plaintiff updated and reach out to determine a processing schedule moving forward upon release of the first interim set of records.

6.      Pursuant to the Court's March 31, 2025 minute order, the parties will file their next joint status report in sixty days on June 12, 2026.

Dated: April 13, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

/s/ Samuel Everett Dewey

SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.comy
*Counsel for Plaintiffs*