UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-0265 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's March 31, 2025, minute order, Plaintiffs the Heritage Foundation and Mike Howell and Defendant the Department of State respectfully submit this joint status report.  The parties report as follows:

1.      This case stems from a Freedom of Information Act ("FOIA") request that Plaintiffs submitted to the Department for records regarding Henry Charles Albert David, also known as "the Duke of Sussex" or "Prince Harry."

2.      The State Department anticipates making its first production of non-exempt portions of responsive records at the end of July 2026.  Following that, the Department will make regular productions every eight weeks.

3.      Pursuant to the Court's March 31, 2025 minute order, the parties will file their next joint status report on August 11, 2026.

Dated: June 13, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*


/s/ Samuel Everett Dewey

SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.comy
*Counsel for Plaintiffs*